1  Douglas A. Plazak, State Bar No. 181709
   dplazak@rhlaw.com
2  REID & HELLYER APC
   3685 Main Street, Suite 300
3  Riverside, California 92501
   Telephone: (951) 682-1771
4  Facsimile: (951) 686-2415

5  Proposed Attorneys for
   Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re Indian Canyon & 18th Property Owners Association<br><br>   Debtor and Debtor-in-Possession. | Case No. 6:22-bk-13378-SY<br><br>Chapter 11 SubChapter V<br><br>Adv. No. 6:22-ap_____ SY |
| DHS Verde, LLC<br><br>   Plaintiff,<br><br>vs.<br><br>Coachillin Holdings, LLC; Coachillin Energy Company, LLC; Eco Master Corporation; Indian Canyon & 18th Property Owners Association; Kenneth Dickerson; William Moreland; Katherine Beneteau; Michael Dickerson; Kirsten Dickerson; Ricky McCormies,<br><br>   Defendants. | **NOTICE OF REMOVAL OF LAWSUIT PENDING IN UNITED STATES DISTRICT COURT, CENTRAL DISTRICT TO BANKRUPTCY COURT**<br><br>[28 U.S.C. § 1452(a); FRBP 9027(a); LBR 9027-1(a)]<br><br>TO BE SET;<br>Date:        September ___, 2022<br>Time:<br>Crtrm:     #302, Third Floor<br>                3420 Twelfth Street<br>                Riverside, CA 92501 |

////

////

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, ALL PARTIES TO THE LAWSUIT BEING REMOVED AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 1452(a), Rule 9027(a) of the Federal Rules of Bankruptcy Procedure ("FRBP") and Local Bankruptcy Rule 9027-1(a), Indian Canyon & 18th Property Owners Association ("Debtor" and "Debtor-in-Possession") of the bankruptcy estate (the "Estate"), real party in interest and Defendant in the action titled *DHS Verde, LLC, Plaintiff vs. Coachillin Holdings, LLC; Coachillin Energy Company, LLC; Eco Master Corporation; Indian Canyon & 18th Property Owners Association; Kenneth Dickerson; William Moreland; Katherine Beneteau; Michael Dickerson; Kirsten Dickerson; Ricky McCormies, Defendants,* which is pending in the United States District Court, Central District of California, Eastern Division – Riverside ("USDC"), as Case No. 5:22-cv-00943-JWH-SHK (the "Action"), hereby removes the Action in its entirety from the USDC, where it was originally filed, to the United States Bankruptcy Court for the Central District of California, Riverside Division and hereby gives notice of such removal to each of the following:

**A. <u>Name/Address of Court Where Action is Being Removed.</u>**

United States District Court
Central District of California
Eastern Division – Riverside
3420 Twelfth Street
Riverside, CA 92501

**B. Name/Address of Counsel to Each Party in the Action.**

See attached Exhibit 1.

Removal of the Action is based upon the following facts:

1. On June 6, 2022, DHS Verde LLC, ("DHS") filed a civil action against Debtor entitled *DHS Verde, LLC, Plaintiff vs. Coachillin Holdings, LLC; Coachillin Energy Company, LLC; Eco Master Corporation; Indian Canyon & 18th Property Owners Association; Kenneth Dickerson; William Moreland; Katherine Beneteau; Michael Dickerson; Kirsten Dickerson; Ricky McCormies, Defendants,* in the United States District Court, Central District of California, Eastern Division – Riverside. In the action, DHS asserts that the Debtor improperly imposed assessments on DHS, among other claims, as more fully set forth in the copy of the complaint that will be filed in accordance with Local Bankruptcy Rule 9027-1(d).

2. The Action is not a proceeding before the United States Tax Court.

3. The Action is not a civil action by a governmental unit to enforce its police or regularly power.

4. The Action was formerly pending in the United States District Court, Central District of California, Eastern Division - Riverside.

5. On September 6, 2022, Debtor filed a voluntary Chapter 11, SubChapter V petition for relief in the United States Bankruptcy Court for the Central District of California, Riverside Division, which case is currently pending.

6. The Action is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2)(A)(B) and 1334. To the extent that the bankruptcy court finds that the Action is not a core proceeding, the Action nevertheless constitutes a related proceeding pursuant to 28 U.S.C. § 157(c)(2) and 1334(b).

7. Consent to Jurisdiction: This Court has jurisdiction over the Action pursuant to 28 U.S.C. § 1334(b). Upon the Debtor's filing a voluntary Chapter 11 bankruptcy proceeding, the Debtor's Estate became the real party in interest, with exclusive jurisdiction to defend the claims contained in the Action. The Debtor does consent to entry of a final order in the Action by the bankruptcy court.

8. Removal of the Action to this court is proper pursuant to 28 U.S.C. § 1452(a) and Rule 9027 of the Federal Rules of Bankruptcy Procedure ("FRBP").

9. Venue for the Action is proper in this court under 28 U.S.C. § 1452(a) because this Court is the bankruptcy court located in the federal district where the Action that was pending in non-bankruptcy court was located.

10. A true and correct copy of the docket of the Action is attached hereto as Exhibit 2. Relevant documents to the Action will be submitted under separate cover.

////

////

////

////

////

1    **PLEASE TAKE FURTHER NOTICE** that pursuant to FRBP 9027(c), this

2 Notice of Removal shall be filed with the Clerk of the United States District Court,

3

4 Central District of California, Eastern Division - Riverside. The parties to the

5 removed Action shall proceed no further in the United States District Court, Central

6 District, Easter Division - Riverside, unless and until the Action is remanded.

7

8

9 DATED: September __, 2022

10                                              REID & HELLYER, APC

11                                              By: _____

12                                              Douglas A. Plazak
                                               Proposed Attorneys for Debtor
13                                                And Debtor-in-Possession

Case 6:22-ap-01078-SY    Doc 1    Filed 09/09/22    Entered 09/09/22 08:57:00    Desc
Main Document    Page 6 of 15

**EXHIBIT 1**

B.  Name/Address of Counsel to Each Party in the Action.

Plaintiffs/Counsel:
DHS Verde, LLC

Brad A. Hakala
Hakala Law Group PC
One World Trade Center
Suite 1870
Long Beach, CA 90831

Defendants/Counsel:
Coachillin Holdings, LLC
Coachillin Energy Company, LLC
Kenneth Dickerson
William Moreland
Katherine Beneteau
Michael Dickerson
Kirsten Dickerson

Kristopher S. Davis
Faegre Drinker Biddle and Reath LLP
1800 Century Park East, Suite 1500
Los Angeles, CA 90067-1517

Defendant/Counsel:
Indian Canyon and 18th Property Owners Association

Joseph A. Levanthal
Dinsmore and Shohl LLP
655 W. Broadway, Suite 800
San Diego, CA 92101

Defendant/Counsel:

EcoMaster Corporation

J. Scott Zundel
J. Scott Zundel Law Offices
74-000 Country Club Dr., Suite C-4
Palm Desert, CA 92260

**EXHIBIT 2 – COURT DOCKET**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Eastern Division - Riverside)
## CIVIL DOCKET FOR CASE #: 5:22-cv-00943-JWH-SHK

DHS Verde, LLC v. Coachillin Holdings, LLC et al
Assigned to: Judge John W. Holcomb
Referred to: Magistrate Judge Shashi H. Kewalramani
Related Case: 5:22-cv-00865-JWH-SHK
Cause: 18:1961 Racketeering (RICO) Act

Date Filed: 06/06/2022
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

**DHS Verde, LLC**
*a California Limited Liability Company*

represented by **Brad A Hakala**
Hakala Law Group PC
One World Trade Center Suite 1870
Long Beach, CA 90831
562-432-5023
Fax: 562-786-8606
Email: bhakala@hakala-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Nicholas Ostrowski**
Hakala Law Group PC
One World Trade Center Suite 1870
Long Beach, CA 90831
562-432-5023
Fax: 562-786-8606
Email: rostrowski@hakala-law.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Coachillin Holdings, LLC**
*a California Limited Liability Company*

represented by **Kristopher S. Davis**
Faegre Drinker Biddle and Reath LLP
1800 Century Park East Suite 1500
Los Angeles, CA 90067-1517
310-203-4000
Fax: 310-229-1285
Email: kristopher.davis@faegredrinker.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Coachillin Energy Company, LLC**
*a California Limited Liability Company*

represented by **Kristopher S. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**EcoMaster Corporation**

represented by **Kristopher S. Davis**

*a California Cororation*

(See above for address)
TERMINATED: 08/05/2022
*LEAD ATTORNEY*

**J Scott Zundel**
J Scott Zundel Law Offices
74-000 Country Club Dr, Suite C-4
Palm Desert, CA 92260
760-568-0387
Email: szundellaw@msn.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Indian Canyon and 18th Property Owners Association**
*a California nonprofit mutual benefit corporation*

represented by **Joseph S. Leventhal**
Dinsmore and Shohl LLP
655 West Broadway Suite 800
San Diego, CA 92101
619-400-0500
Fax: 619-400-0501
Email: joseph.leventhal@dinsmore.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kenneth Dickerson**
*an Individual*

represented by **Kristopher S. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**William Moreland**
*an Individual*

represented by **Kristopher S. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Katherine Beneteau**
*an Individual*

represented by **Kristopher S. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Dickerson**
*an Individual*

represented by **Kristopher S. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kirsten Dickerson**
*an Individual*

represented by **Kristopher S. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1 through 50, inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/06/2022 | 1 | COMPLAINT Receipt No: ACACDC-33423099 - Fee: $402, filed by Plaintiff DHS Verde, LLC. (Attachments: # 1 Civil Cover Sheet) (Attorney Brad A Hakala added to party DHS Verde, LLC(pty:pla))(Hakala, Brad) (Entered: 06/06/2022) |
| 06/06/2022 | 2 | NOTICE of Interested Parties filed by Plaintiff DHS Verde, LLC, (Hakala, Brad) (Entered: 06/06/2022) |
| 06/06/2022 | 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff DHS Verde, LLC. (Hakala, Brad) (Entered: 06/06/2022) |
| 06/06/2022 | 4 | NOTICE of Related Case(s) filed by Plaintiff DHS Verde, LLC. Related Case(s): 5:22-CV-00865-JWH-SHK (Attachments: # 1 Exhibit Exhibit 1 - Copy of Complaint Filed In United States District Court Case No. 5:22-cv-00865-JWH-SHK, # 2 Exhibit Exhibit 2 - Copy of Complaint Filed In United States District Court Case No. 5:22-cv-00943)(Hakala, Brad) (Entered: 06/06/2022) |
| 06/07/2022 | 5 | NOTICE OF ASSIGNMENT to District Judge Jesus G. Bernal and Magistrate Judge Sheri Pym. (ghap) (Entered: 06/07/2022) |
| 06/07/2022 | 6 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (ghap) (Entered: 06/07/2022) |
| 06/07/2022 | 7 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (ghap) (Entered: 06/07/2022) |
| 06/07/2022 | 8 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendants Katherine Beneteau, Coachillin Energy Company, LLC, Coachillin Holdings, LLC, Kenneth Dickerson, Kirsten Dickerson, Michael Dickerson, EcoMaster Corporation, Indian Canyon and 18th Property Owners Association, William Moreland. (ghap) (Entered: 06/07/2022) |
| 06/07/2022 | 9 | NOTICE OF DEFICIENCIES in Attorney Case Opening RE: Complaint (Attorney Civil Case Opening) 1 . The following error(s) was found: Other error(s) with document(s): Attachments 1 Civil Cover Sheet is attached to the Complaint. Each of these documents should have been filed and entered separately under its correct event/relief. You need not take any action in response to this notice unless and until the Court directs you to do so. (ghap) (Entered: 06/07/2022) |
| 06/10/2022 | 10 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01-Related Case-filed. Related Case No: 5:22-CV-00865-JWH-(SHKx). Case transferred from Judge Jesus G. Bernal and Magistrate Judge Sheri Pym to Judge John W. Holcomb and Magistrate Judge Shashi H. Kewalramani for all further proceedings. The case number will now reflect the initials of the transferee Judges 5:22-CV-00943-JWH-(SHKx). Signed by Judge John W. Holcomb. (npo) (Entered: 06/10/2022) |
| 06/22/2022 | 11 | PROOF OF SERVICE UNDER FRCP 5(b)(2)(D) Executed by Plaintiff DHS Verde, LLC, upon Defendant Coachillin Energy Company, LLC served on 6/20/2022, answer due 7/11/2022. Service of the Summons and Complaint were executed upon the Clerks Office in compliance with Federal Rules of Civil Procedure. (Hakala, Brad) (Entered: 06/22/2022) |
| 06/22/2022 | 12 | PROOF OF SERVICE UNDER FRCP 5(b)(2)(D) Executed by Plaintiff DHS Verde, LLC, upon Defendant Coachillin Holdings, LLC served on 6/20/2022, answer due 7/11/2022. Service of the Summons and Complaint were executed upon the Clerks Office in compliance with Federal Rules of Civil Procedure. (Hakala, Brad) (Entered: 06/22/2022) |
| 06/22/2022 | 13 | PROOF OF SERVICE UNDER FRCP 5(b)(2)(D) Executed by Plaintiff DHS Verde, LLC, |

| | | |
|---|---|---|
| | | upon Defendant EcoMaster Corporation served on 6/20/2022, answer due 7/11/2022. Service of the Summons and Complaint were executed upon the Clerks Office in compliance with Federal Rules of Civil Procedure. (Hakala, Brad) (Entered: 06/22/2022) |
| 06/22/2022 | 14 | STANDING ORDER by John W. Holcomb. (eva) (Entered: 06/22/2022) |
| 06/24/2022 | 15 | PROOF OF SERVICE UNDER FRCP 5(b)(2)(D) Executed by Plaintiff DHS Verde, LLC, upon Defendant William Moreland served on 6/16/2022, answer due 7/7/2022. Service of the Summons and Complaint were executed upon the Clerks Office in compliance with Federal Rules of Civil Procedure. (Hakala, Brad) (Entered: 06/24/2022) |
| 07/01/2022 | 16 | PROOF OF SERVICE filed by Plaintiff DHS Verde, LLC, re Initial Order upon Filing of Complaint - form only 14 served on 7/1/2022. (Hakala, Brad) (Entered: 07/01/2022) |
| 07/06/2022 | 17 | STIPULATION Extending Time to Answer the complaint as to Kenneth Dickerson answer now due 8/5/2022; Coachillin Energy Company, LLC answer now due 8/5/2022; William Moreland answer now due 8/5/2022; Michael Dickerson answer now due 8/5/2022; Coachillin Holdings, LLC answer now due 8/5/2022; Katherine Beneteau answer now due 8/5/2022; EcoMaster Corporation answer now due 8/5/2022; Kirsten Dickerson answer now due 8/5/2022; Indian Canyon and 18th Property Owners Association answer now due 8/5/2022, re Complaint (Attorney Civil Case Opening) 1 filed by Defendants Kenneth Dickerson; Coachillin Energy Company, LLC; William Moreland; Michael Dickerson; Coachillin Holdings, LLC; Katherine Beneteau; EcoMaster Corporation; Kirsten Dickerson.(Attorney Kristopher S. Davis added to party Katherine Beneteau(pty:dft), Attorney Kristopher S. Davis added to party Coachillin Energy Company, LLC(pty:dft), Attorney Kristopher S. Davis added to party Coachillin Holdings, LLC(pty:dft), Attorney Kristopher S. Davis added to party Kenneth Dickerson(pty:dft), Attorney Kristopher S. Davis added to party Kirsten Dickerson(pty:dft), Attorney Kristopher S. Davis added to party Michael Dickerson(pty:dft), Attorney Kristopher S. Davis added to party EcoMaster Corporation(pty:dft), Attorney Kristopher S. Davis added to party William Moreland(pty:dft))(Davis, Kristopher) (Entered: 07/06/2022) |
| 07/27/2022 | 18 | PROOF OF SERVICE filed by Plaintiff DHS Verde, LLC, re Complaint (Attorney Civil Case Opening) 1 served on 7/6/2022. (Hakala, Brad) (Entered: 07/27/2022) |
| 08/04/2022 | 19 | REQUEST TO SUBSTITUTE ATTORNEY J. Scott Zundel in place of attorney Kristopher S. Davis filed by Defendant EcoMaster Corporation. (Attachments: # 1 Proposed Order) (Attorney J Scott Zundel added to party EcoMaster Corporation(pty:dft)) (Zundel, J) (Entered: 08/04/2022) |
| 08/05/2022 | 20 | ANSWER to Complaint (Attorney Civil Case Opening) 1 with JURY DEMAND filed by Defendant Indian Canyon and 18th Property Owners Association.(Attorney Joseph S. Leventhal added to party Indian Canyon and 18th Property Owners Association (pty:dft)) (Leventhal, Joseph) (Entered: 08/05/2022) |
| 08/05/2022 | 21 | CERTIFICATE of Interested Parties filed by Defendant Indian Canyon and 18th Property Owners Association, identifying Indian Canyon & 18th Property Owners Association. (Leventhal, Joseph) (Entered: 08/05/2022) |
| 08/05/2022 | 22 | ANSWER to Complaint (Attorney Civil Case Opening) 1 with JURY DEMAND filed by Defendant EcoMaster Corporation.(Zundel, J) (Entered: 08/05/2022) |
| 08/05/2022 | 23 | ANSWER to Complaint (Attorney Civil Case Opening) 1 with JURY DEMAND *DEFENDANT COACHILLIN HOLDINGS, LLCS ANSWER TO PLAINTIFFS COMPLAINT; DEMAND FOR JURY TRIAL* filed by Defendant Coachillin Holdings, LLC.(Davis, Kristopher) (Entered: 08/05/2022) |
| 08/05/2022 | 24 | ANSWER to Complaint (Attorney Civil Case Opening) 1 with JURY DEMAND |

| | | |
|---|---|---|
| | | *DEFENDANT COACHILLIN ENERGY COMPANY, LLCS ANSWER TO PLAINTIFFS COMPLAINT; DEMAND FOR JURY TRIAL* filed by Defendant Coachillin Energy Company, LLC.(Davis, Kristopher) (Entered: 08/05/2022) |
| 08/05/2022 | 25 | ANSWER to Complaint (Attorney Civil Case Opening) 1 with JURY DEMAND *DEFENDANT KENNETH DICKERSONS ANSWER TO PLAINTIFFS COMPLAINT; DEMAND FOR JURY TRIAL* filed by Defendant Kenneth Dickerson.(Davis, Kristopher) (Entered: 08/05/2022) |
| 08/05/2022 | 26 | ANSWER to Complaint (Attorney Civil Case Opening) 1 with JURY DEMAND *DEFENDANT MICHAEL DICKERSONS ANSWER TO PLAINTIFFS COMPLAINT; DEMAND FOR JURY TRIAL* filed by Defendant Michael Dickerson.(Davis, Kristopher) (Entered: 08/05/2022) |
| 08/05/2022 | 27 | ANSWER to Complaint (Attorney Civil Case Opening) 1 with JURY DEMAND *DEFENDANT KIRSTEN DICKERSONS ANSWER TO PLAINTIFFS COMPLAINT; DEMAND FOR JURY TRIAL* filed by Defendant Kirsten Dickerson.(Davis, Kristopher) (Entered: 08/05/2022) |
| 08/05/2022 | 28 | ANSWER to Complaint (Attorney Civil Case Opening) 1 with JURY DEMAND *DEFENDANT KATHERINE BENETEAU (a/k/a KATHERINE DICKERSON)S ANSWER TO PLAINTIFFS COMPLAINT; DEMAND FOR JURY TRIAL* filed by Defendant Katherine Beneteau.(Davis, Kristopher) (Entered: 08/05/2022) |
| 08/05/2022 | 29 | ANSWER to Complaint (Attorney Civil Case Opening) 1 with JURY DEMAND *DEFENDANT WILLIAM MORELANDS ANSWER TO PLAINTIFFS COMPLAINT; DEMAND FOR JURY TRIAL* filed by Defendant William Moreland.(Davis, Kristopher) (Entered: 08/05/2022) |
| 08/05/2022 | 30 | NOTICE of Interested Parties filed by Defendant EcoMaster Corporation, (Zundel, J) (Entered: 08/05/2022) |
| 08/05/2022 | 32 | ORDER by Judge John W. Holcomb: GRANTING 19 Request to Substitute Attorney. Attorney Kristopher S. Davis terminated. (yl) (Entered: 08/08/2022) |
| 08/07/2022 | 31 | NOTICE of Interested Parties filed by Defendants Katherine Beneteau, Coachillin Energy Company, LLC, Coachillin Holdings, LLC, Kenneth Dickerson, Kirsten Dickerson, Michael Dickerson, William Moreland, identifying Coachillin Holdings LLC, Coachillin Energy Company LLC, Kenneth Dickerson, Kirsten Dickerson, Michael Dickerson, William Moreland, Katherine Beneteau, Romi Cooney, Brandi Briggs, Tamsen Moreland, and Brandon Moreland. (Davis, Kristopher) (Entered: 08/07/2022) |
| 08/08/2022 | 33 | ORDER SETTING SCHEDULING CONFERENCE by Judge John W. Holcomb. Scheduling Conference set for 9/23/2022 at 11:00 AM before Judge John W. Holcomb. (dgo) (Entered: 08/08/2022) |
| 09/08/2022 | 34 | NOTICE OF FILING BANKRUPTCY filed by Defendant Indian Canyon and 18th Property Owners Association. as to Indian Canyon & 18th Property Owners Assn, Bankruptcy Court case number 6:22-bk-13378-SY. (Attachments: # 1 Exhibit A) (Leventhal, Joseph) (Entered: 09/08/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/08/2022 10:08:53 | | | |
| PACER | dplazak3133 | Client | I0272.005 |

| Login: | | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 5:22-cv-00943-JWH-SHK End date: 9/8/2022 |
| Billable Pages: | 6 | Cost: | 0.60 |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3685 Main Street, Suite 300, Riverside, CA 92501
Mailing: P.O. Box 1300, Riverside, CA 92502-1300

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF REMOVAL OF LAWSUIT PENDING IN UNITED STATES DISTRICT COURT, CENTRAL DISTRICT TO BANKRUPTCY COURT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/08/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Arturo Cisneros (TR)**   amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Abram Feuerstein**   abram.s.feuerstein@usdoj.gov
- **Everett L Green**   everett.l.green@usdoj.gov
- **Douglas A Plazak**   dplazak@rhlaw.com
- **Cameron C Ridley**   Cameron.Ridley@usdoj.gov
- **United States Trustee (RS)**   ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 09/12/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 12, 2022 | Wendy M. Patrick | /s/ Wendy M. Patrick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                           **F 9013-3.1.PROOF.SERVICE**

DHS Verde, LLC

Brad A. Hakala
Hakala Law Group PC
One World Trade Center
Suite 1870
Long Beach, CA 90831

Coachillin Holdings, LLC
Coachillin Energy Company, LLC
Kenneth Dickerson
William Moreland
Katherine Beneteau
Michael Dickerson
Kirsten Dickerson

Kristopher S. Davis
Faegre Drinker Biddle and Reath LLP
1800 Century Park East, Suite 1500
Los Angeles, CA 90067-1517

Indian Canyon and 18th Property Owners Association

Joseph A. Levanthal
Dinsmore and Shohl LLP
655 W. Broadway, Suite 800
San Diego, CA 92101

EcoMaster Corporation

J. Scott Zundel
J. Scott Zundel Law Offices
74-000 Country Club Dr., Suite C-4
Palm Desert, CA 92260