CHRISTOPHER CELENTINO (131688)
christopher.celentino@dinsmore.com
YOSINA M. LISSEBECK (201654)
yosina.lissebeck@dinsmore.com
JOSEPH S. LEVENTHAL (221043)
joseph.leventhal@dinsmore.com
MEREDITH M. MONTROSE (322136)
meredith.montrose@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California 92101
Ph: 619-400-0500
Fx: 619-400-0501

Counsel for Debtor/Debtor-in-Possession/Defendant/Counter-Claimant INDIAN CANYON & 18TH PROPERTY OWNERS ASSOCIATION

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| In re: | Case No.: 6:22-bk-13378-SY |
| INDIAN CANYON & 18TH PROPERTY OWNERS ASSOCIATION, | Chapter 11, SubChapter V |
| Debtor and Debtor-in-Possession. | Adv. Case No. 6:22-ap-01078-SY |
| DHS VERDE, LLC, | **STIPULATION TO EXTEND DISCOVERY CUTOFF AND CONTINUE PRETRIAL CONFERENCE** |
| Plaintiff, | |
| v. | |
| COACHILLIN HOLDINGS, LLC; COACHILLIN ENERGY COMPANY, LLC; ECO MASTER CORPORATION; INDIAN CANYON & 18TH PROPERTY OWNERS ASSOCIATION; KENNETH DICKERSON; WILLIAM MORELAND; KATHERINE BENETEAU; MICHAEL DICKERSON; KIRSTEN DICKERSON; and RICKY MCCORMIES, | |
| Defendants. | |

|   |   |
|---|---|
| INDIAN CANYON & 18TH PROPERTY OWNERS ASSOCIATION, | |
| | Counter-Claimant, |
| v. | |
| DHS VERDE, LLC, | |
| | Counter-Defendant. |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD,**

**IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. WHEREAS, Plaintiff and Counter-Defendant DHS VERDE, LLC ("Plaintiff") is represented by The Hakala Law Group, P.C.

2. WHEREAS, Debtor/Debtor-in-Possession/Defendant/Counter-Claimant INDIAN CANYON & 18TH PROPERTY OWNERS ASSOCIATION are represented by Dinsmore & Shohl LLP.

3. WHEREAS, Defendants COACHILLIN HOLDINGS, LLC; COACHILLIN ENERGY COMPANY, LLC; KENNETH DICKERSON; WILLIAM MORELAND; KIRSTEN DICKERSON; MICHAEL DICKERSON; KATHERINE BENETEAU are represented by Faegre Drinker Biddle & Reath LLP.

4. WHEREAS, Defendant, ECOMASTER LLC is represented by J. Scott Zundel.

3. WHEREAS, each of the law firms/ lawyers above has authority to enter into this stipulation on behalf of their respective clients (hereinafter referred to as "Parties").

4. WHEREAS, the Parties, through their respective counsels, have been working diligently to engage in discovery.

5. WHEREAS, the Parties seek a one week continuance of the discovery cut-off date currently set for August 31, 2023 and a two week continuance of the pre-trial conference set for October 5, 2023 according to the Scheduling Order entered on April 19, 2023. ECF 37.

6. WHEREAS, the Parties agree that there are facts establishing cause for the requested extension in accordance with Local Bankruptcy Rule 7016-1. Facts establishing cause for this

1 | requested extension include the voluminous records to be reviewed, the preparation of multiple
2 | witness depositions and the high number of parties in this lawsuit which complicates discovery.
3 |     7.    WHEREAS, the Parties agree that they would not suffer prejudice as a result of the
4 | continuance and the Parties have agreed to stipulate to a continuance.
5 |     8.    WHEREAS, the Parties respectfully request the Court extend the discovery cutoff date
6 | by one week to September 7, 2023 and the Court continue the pretrial conference to October 19,
7 | 2023 at 1:30 p.m.

IT IS SO STIPULATED.

Dated: August 8, 2023                THE HAKALA LAW GROUP, P.C.

By: _____
BRAD HAKALA
RYAN OSTROWSKI
Attorney(s) for Plaintiff/Counter-Defendant, DHS VERDE, LLC

Dated: August 8, 2023                DINSMORE & SHOHL LLP

By: _____
JOSEPH S. LEVENTHAL
MEREDITH P. MONTROSE
Special Counsel for Debtor/Debtor-in-Possession/Defendant/Counter-Claimant INDIAN CANYON & 18TH PROPERTY OWNERS ASSOCIATION

Dated: August 8, 2023                FAEGRE DRINKER BIDDLE & REATH LLP

By: _____
KRISTOPHER DAVIS
Attorney(s) for Defendants INDIAN CANYON & 18TH PROPERTY OWNERS ASSOCIATION; and Defendants COACHILLIN HOLDINGS, LLC; COACHILLIN ENERGY COMPANY, LLC; KENNETH DICKERSON; WILLIAM MORELAND; KIRSTEN DICKERSON; MICHAEL DICKERSON; KATHERINE BENETEAU

1 | Dated: August 8, 2023            J. SCOTT ZUNDEL

By: _J Scott Zundel_
J. SCOTT ZUNDEL
Attorney(s) Defendant ECOMASTER, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
655 W. Broadway, Suite 800, San Diego, California  92101

A true and correct copy of the foregoing document entitled: **STIPULATION TO EXTEND DISCOVERY CUTOFF AND CONTINUE PRETRIAL CONFERENCE**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 9, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On August 9, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 9, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY - VIA FEDEX**
The Honorable Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 9, 2023 | Caron Burke | /s/ Caron Burke |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Christopher Celentino on behalf of Defendant Indian Canyon & 18th Property Owners Association
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Arturo Cisneros (TR)
amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com

Kristopher Davis on behalf of Defendant Coachillin Energy Company, LLC
kristopher.davis@faegredrinker.com, shanta.teekah@faegredrinker.com

Kristopher Davis on behalf of Defendant Coachillin Holdings, LLC
kristopher.davis@faegredrinker.com, shanta.teekah@faegredrinker.com

Kristopher Davis on behalf of Defendant Katherine Beneteau
kristopher.davis@faegredrinker.com, shanta.teekah@faegredrinker.com

Kristopher Davis on behalf of Defendant Kenneth Dickerson
kristopher.davis@faegredrinker.com, shanta.teekah@faegredrinker.com

Kristopher Davis on behalf of Defendant Kirsten Dickerson
kristopher.davis@faegredrinker.com, shanta.teekah@faegredrinker.com

Kristopher Davis on behalf of Defendant Michael Dickerson
kristopher.davis@faegredrinker.com, shanta.teekah@faegredrinker.com

Kristopher Davis on behalf of Defendant William Moreland
kristopher.davis@faegredrinker.com, shanta.teekah@faegredrinker.com

Joseph Leventhal on behalf of Defendant Indian Canyon & 18th Property Owners Association
joseph.leventhal@dinsmore.com, nicolette.murphy@dinsmore.com;meredith.montrose@dinsmore.com

Joseph Leventhal on behalf of Interested Party Courtesy NEF
joseph.leventhal@dinsmore.com, nicolette.murphy@dinsmore.com;meredith.montrose@dinsmore.com

Lisamarie McDermott on behalf of Counter-Defendant DHS Verde LLC
lisamariem@jbulaw.net, stephanieg@jbulaw.net

Aram Ordubegian on behalf of Plaintiff DHS Verde LLC
ordubegian.aram@arentfox.com

Douglas A Plazak on behalf of Defendant Indian Canyon & 18th Property Owners Association
dplazak@rhlaw.com

Summer M Shaw on behalf of Defendant Coachillin Holdings, LLC
ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

Christopher K.S. Wong on behalf of Plaintiff DHS Verde LLC
christopher.wong@afslaw.com, yvonne.li@arentfox.com

J S Zundel on behalf of Defendant Eco Master Corporation
SZUNDELLAW@ME.COM

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                              **F 9013-.1.PROOF.SERVICE**